UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:14-cv-81603-MARRA

UBS FINANCIAL SERVICES INC.,

    Plaintiff,

v.

BOUNTY GAIN ENTERPRISES, INC.,

    Defendant.

_____/

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO
COMPLAINT FOR DECLARATORY JUDGMENT AND INJUNCTIVE RELIEF**

Plaintiff UBS FINANCIAL SERVICES INC. and Defendant BOUNTY GAIN ENTERPRISES, INC., hereby stipulate to an extension of time through and including March 16, 2015, for Defendant to respond to the Complaint for Declaratory Judgment and Injunctive Relief.

| | |
|---|---|
| *s/ Alex J. Sabo* | *s/ David C. Silver* |
| Alex J. Sabo, Esq. | David C. Silver, Esq. |
| Florida Bar No.: 262821 | Florida Bar No.: 572764 |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| **BRESSLER, AMERY & ROSS, P.C.** | **SILVER LAW GROUP** |
| 200 E. Las Olas Boulevard, Suite 1500 | 11780 W. Sample Road |
| Fort Lauderdale, FL  33301 | Coral Springs, FL  33065 |
| Tel: (954) 499-7979 | Tel: (954) 755-4799 |
| Fax:  (954) 499-7969 | Fax: (954) 755-4684 |
| Email: asabo@bressler.com | Email: dsilver@silverlaw.com |